**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHERYL MONTGOMERY, et. al, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.07CV01240 (RWR) |
| | ) |
| STG, INTERNATIONAL, INC. | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE of the filing of plaintiffs' return of service to STG International, Inc.

          Respectfully submitted,

          _/s/ Lisa Alexis Jones_____
          Lisa Alexis Jones, Esq.
          Lisa Alexis Jones, PLLC
          Unified Bar Number 421002
          1200 G Street, N.W.
          Suite 800
          Washington, D.C. 20005
          (202) 434-4507
          (202) 434-8707 (Fax)
          orbitcv@erols.com

          *Counsel for Plaintiff*

Dated: August 1, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cheryl Montgomery

Gregory Biglow

V.

STG International, Inc.
4900 Seminary Road
Suite 1100
Alexandria, Va 22311

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:07-cv-01240
Assigned To : Roberts, Richard W.
Assign. Date : 7/10/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

STG International
4900 Seminary Rd
Suite 1100
Alexandria, Va 22311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lisia Alexis Jones, PLLC
1200 G St NW
Suite 800
Wash, DC 20005
(202) 434-4507

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 10 2007

CLERK

DATE

RETURN OF SERVICE

ervice of the Summons and Complaint was made by me[1]

DATE 7/23/07  4:45pm

OF SERVER
KEVIN A. REID

TITLE
PRIVATE PROCESS SERVER

one box below to indicate appropriate method of service

[X] served personally upon the defendant. Place where served: C/O STG INTERNATIONAL, INC
4900 SEMINARY RD #1100 ALEXANDRIA, VA 22311
JEFF BELL - R/A

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

STATEMENT OF SERVICE FEES

SERVICES $60.00        TOTAL $60.00

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/24/07
Date

Signature of Server

P.O. Box 7394   SILVER SPG, MD 20907
Address of Server