## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHERYL MONTGOMERY, ET AL,           :
                                    :
    Plaintiffs,                     :
                                    :
    vs.                             :   Case No.  07-cv-01240
                                    :   Judge Richard W. Roberts
STG INTERNATIONAL, INC.             :
                                    :
    Defendant.                      :

## CONSENT MOTION TO EXTEND TIME TO ANSWER

Defendant STG INTERNATIONAL, INC. (hereinafter "STG") by and through undersigned counsel, Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered hereby moves for a brief but additional extension of time to answer or otherwise respond to Plaintiff's Complaint until September 4, 2007.  Opposing counsel for Plaintiffs, Lisa Alexis Jones, Esq., has consented to this motion and its requested schedule change.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, Chartered


BY:_____/s/_____
    Hope B. Eastman, Esq., Bar No.: 55517
    Email: heastman@paleyrothman.com
    James R. Hammerschmidt, Esq. Bar No.: 448128
    Email: jrh@paleyrothman.com
4800 Hampden Lane, 7th Floor
Bethesda, Maryland  20814
(301) 656-7603

Attorneys for STG International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of August, 2007, a copy of the foregoing Consent Motion to Extend Time to Answer was transmitted electronically pursuant to the system of the United States District Court for the District of Columbia and that the same will be available to Plaintiff's counsel.

_____/s/_____
Hope B. Eastman