**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHERYL MONTGOMERY, *et al.*, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) Civil Action No.: 07CV01240(RWR) |
| | ) |
| STG INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
IN WHICH TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION TO SEVER AND TO TRANSFER**

COME NOW, plaintiffs, Cheryl Montgomery and Gregory Bigelow, by and through undersigned counsel, and respectfully requests an extension of time of one week for plaintiffs to file their opposition to defendant's Motion to Sever and Transfer. The reasons for this request are as follows:

1) Undersigned counsel has advised counsel for defendant of the filing of the instant motion, and counsel has granted defendant's consent to the relief requested.

2) Plaintiffs' opposition is due to be filed in this Court on September 17, 2007.

3) Because of the issues presented on defendant's motion coupled with counsel's other trial matters, plaintiffs' counsel has had an extraordinarily difficult time completing plaintiffs' opposition in a timely fashion.

4) Plaintiffs, therefore, request a one-week extension in which to complete and file plaintiffs' opposition to defendant's motion.

5) Plaintiffs' request is for good cause, will serve to preserve the rights of plaintiffs, and will not unduly burden the litigation of this matter.

WHEREFORE, for the above reasons, and for any others the Court deems just and proper, plaintiffs respectfully request an extension of one week in which to file their opposition to defendant's Motion to Sever and Transfer.

Dated: September 17, 2007

Respectfully submitted,

__/s Lisa Alexis Jones_____
Lisa Alexis Jones, Esq.
Lisa Alexis Jones, PLLC
1200 G Street, N.W. Suite 800
Washington, D.C. 20005
(202) 434-4507
(202) 434-8707
orbitcv@erols.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Consent Motion for an Enlargement of Time was sent via regular mail, postage prepaid or ECF this 17th day of September 2007, to Hope B. Eastman, Esq. and James R. Hammerschmidt, Esq., 4800 Hampden Lane, 7th Floor, Bethesda, Maryland 20814.

_____
Lisa Alexis Jones

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERYL MONTGOMERY, *et al.*,            ) | |
| )| |
| Plaintiffs            ) | |
| ) | |
| vs.            ) | Civil Action No.: 07CV01240(RWR) |
| ) | |
| STG INTERNATIONAL, INC.            ) | |
| ) | |
| Defendant.            ) | |

### ORDER

Upon consideration of plaintiffs' Consent Motion for an Enlargement of Time in which to file an Opposition to Defendant's Motion to Sever and Transfer, and the record herein, it is hereby

**ORDERED**, that plaintiffs' motion be and hereby is **GRANTED**. Be it further

**ORDERED**, that plaintiffs shall file their opposition to defendant's Motion on or before September 24, 2007.

_____
Judge Richard W. Roberts

Copies to via ECF:

Hope B. Eastman, Esq.

James R. Hammerschmidt, Esq.

Lisa Alexis Jones, Esq.